**Order entered October 30, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00884-CR

**RUDOLPH EDMONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-70406-U**

## ORDER

By order entered on October 26, 2017, the Court directed Official Court Reporter Sasha Brooks to file the overdue reporter's record within twenty days or the Court would utilize its available remedies to ensure the timely filing of the record. On the same day the Court issued its order, Ms. Brooks filed a request seeking a twenty-five day extension.

We **GRANT** Ms. Brooks's October 26, 2017 request for an extension of time to file the reporter's record. We **ORDER** Ms. Brooks to file the reporter's record within **TWENTY-FIVE DAYS** of the date of this order. If Ms. Brooks fails to file the reporter's record by the extended due date, the Court will utilize its available remedies, including ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to Sasha Brooks, official court reporter, 291st Judicial Court; and to counsel for the parties.

/s/     ADA BROWN
JUSTICE